UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SANCHEZ BRITO,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON B. SESSIONS,<br><br>Defendant. | No. 2:18-cv-97-KJM-DB<br><br>FIRST AMENDMENT<br>TO THE SCHEDULING ORDER |

The parties jointly request (ECF Nos. 13-14) to amend dates in the pretrial scheduling order (ECF No. 9) by approximately 90 days. Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Initial Disclosures | June 5, 2018 | September 3, 2018 |
| Discovery Cutoff | January 7, 2019 | April 8, 2019 |
| Expert Designations | October 12, 2018 | January 10, 2019 |
| Rebuttal Expert Designations | November 12, 2018 | February 11, 2019 |
| Expert Disclosures | October 26, 2018 | January 24, 2019 |
| Rebuttal Expert Disclosures | December 3, 2018 | March 4, 2019 |
| Completion of Expert Discovery | January 7, 2019 | April 8, 2019 |
| All Dispositive Motions Hearing Date | March 8, 2019 | June 6, 2019[1] |

---

[1] Note that this date may not correspond to a law and motion calendar date.

1

This amendment does not alter any other portions of the initial scheduling order (ECF No. 9).

IT IS SO ORDERED.

DATED: August 21, 2018.

_____
UNITED STATES DISTRICT JUDGE