UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

VICTOR SANCHEZ BRITO,
    Plaintiff,

v.

WILLIAM BARR,
    Defendant.

CASE NO. 2:18-cv-97-KJM-DB

**SECOND AMENDMENT TO THE SCHEDULING ORDER**

## **ORDER**

The parties jointly request to amend dates in the pretrial scheduling order (ECF No. 15) by approximately 90 days. Good cause appearing, the court GRANTS this request as follows:

| Description | Existing Date | New Date |
| --- | --- | --- |
| Discovery Cutoff | April 8, 2019 | July 8, 2019 |
| All Dispositive Motions Hearing Date | June 6, 2019 | September 6, 2019 |

**IT IS SO ORDERED.**

DATED: April 12, 2019.

_____
UNITED STATES DISTRICT JUDGE