BRIAN M. BOYNTON
Acting Assistant Attorney General
PAPU SANDHU
Assistant Director
VICTOR M. LAWRENCE
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-8788
Facsimile: (202) 305-4832
Victor.Lawrence@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL BRITO SANCHEZ, <br><br> *Plaintiff,* <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General, <br><br> *Defendant.* | Case No. 2:18-CV-00097-KJM-DB <br><br> **JOINT STIPULATION REGARDING POST-TRIAL BRIEFING** |

WHEREAS the Court held a videoconference bench trial in this matter on February 24, 2021, to aid in making a factual determination as to whether Victor Manuel Sanchez Brito was born in the United States or in Mexico;

WHEREAS after the conclusion of the trial, the Court issued a Minute Order (Dkt #57) asking the parties to meet and confer regarding "everything the parties want the Court to consider" and to propose a briefing schedule for post-trial briefing;

WHEREAS the parties expect to receive a transcribed copy of the proceedings from the court reporter by the end of March 2021;

WHEREAS the parties met and conferred via email between March 8 and March 19, 2021 regarding the trial and a post-trial briefing schedule;

THE PARTIES HEREBY STIPULATE PURSUANT TO LOCAL RULE 143 AS FOLLOWS:

1. The Court should consider all testimony presented at the trial *less* any testimony that the Court may have stricken based on objections, and *less* any testimony that the Court may strike in the future based on objections made at trial;
2. The Court should consider all parts of the Administrative Record that were discussed at trial by witnesses or counsel;
3. The Court should consider all Exhibits that were offered into evidence or discussed by witnesses at trial, including deposition and prior transcript evidence offered as impeachment;
4. Assuming receipt of the court reporter's transcript by the end of March 2021, the parties will submit final briefs or updated findings of fact and conclusions of law by April 30, 2021;
5. By May 14, 2021, the parties will submit reply briefs.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

PAPU SANDHU
Assistant Director

/s/ Victor M. Lawrence                    /s/ Nienke Schouten

VICTOR M. LAWRENCE                        NIENKE SCHOUTEN
Senior Litigation Counsel                 Law Offices of Nienke Schouten
U.S. Department of Justice                1588 Fitzgerald Drive # 301
Office of Immigration Litigation          Pinole, CA  94564
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
(202) 305-8788

Attorneys for Defendant

    IT IS SO ORDERED:

    This order resolves ECF No. 60.

DATED:  March 24, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE