UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victor Manuel Brito Sanchez,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Merrick Garland, United States Attorney General,<br><br>　　　　　　Defendants. | No.  2: 18-cv-00097-KJM-DB<br><br><br>ORDER TO SHOW CAUSE |

On September 14, 2022, this court granted the government's motion for reconsideration but found the government had not carried its burden of proving plaintiff is removable from the United States.  ECF No. 72.  The parties are **ordered to show cause within fourteen days** why judgment should not be entered and this action closed.  *See* Fed. R. Civ. P. 54, 58.

　　IT IS SO ORDERED.

DATED:  October 18, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

1